Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
m.yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL A FAZIO AND KIM M FAZIO,<br><br>Plaintiffs,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A.; BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-40T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 200640T1; BANK OF AMERICA, N.A.; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 – 100, inclusive,<br><br>Defendants. | Case Number: 3:13-cv-00554<br><br>[Proposed] ORDER |

This Court, having considered the STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE RESPONSE ("Stipulation") of appearing parties,

[Proposed] ORDER- 1

IT IS HEREIN ORDERED THAT:

The Stipulation is approved. Plaintiffs shall have until April 12, 2013 to file and serve a response to Defendants' Motion to Dismiss Plaintiffs' Complaint, and Defendants shall have until April 19, 2013 to file and serve their Reply.

Dated: April 12, 2013          Signed: _____

Hon. United States Mag. Judge Maria-Elena James

[Proposed] ORDER- 2