UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL A. FAZIO and KIM M. FAZIO, | No. C 13-554 MEJ |
| Plaintiffs, | **ORDER VACATING HEARING RE: MOTION TO DISMISS** |
| v. | |
| RECONTRUST COMPANY, N.A., et al., | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

This matter is currently scheduled for a hearing on Defendants' Motion to Dismiss (Dkt. No. 8) on May 2, 2013. However, on April 25, 2013, the Court referred this matter to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference. Accordingly, the Court VACATES the May 2 motion hearing pending receipt of the ADR Unit's report. To permit the ADR Unit and the parties additional time, the May 9 Case Management Conference in this case is CONTINUED to May 16, 2013 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: April 25, 2013

_____
Maria-Elena James
United States Magistrate Judge

Case3:13-cv-00554-MEJ Document22 Filed04/25/13 Page2 of 2